I respectfully dissent. I agree with the reasoning of the Court of Civil Appeals and the two cases relied upon by that court: ARA Hospital Food Management, Inc. v. State,437 So.2d 530 (Ala.Civ.App. 1983), and White v. Campbell Assoc., Inc.,473 So.2d 1071 (Ala.Civ.App. 1985). In this case, Morrison sells to its customers its ability to purchase large volumes of food at a discount and its expertise in preparing and planning meals for large groups of people. In my opinion, Morrison's withdrawal of food from inventory is not a transfer of title, but is instead incidental to providing a service to its customers. Therefore, Morrison's withdrawal of goods from its inventory constitutes a taxable withdrawal under Code 1975, §40-23-1 (a)(10). I would affirm the judgment of the Court of Civil Appeals.
 ON APPLICATION FOR REHEARING